

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00089-CV

IN THE MATTER OF D.B.　　　§　　On Appeal from the 323rd District Court

　　　　　　　　　　　　　§　　of Tarrant County (323-122089-23)

　　　　　　　　　　　　　§　　January 2, 2025

　　　　　　　　　　　　　§　　Memorandum Opinion by Justice Wallach

## JUDGMENT

This court has considered the record on appeal in this case. The bill of costs is modified to remove all the charges from the bill of costs and the sealed bill of costs. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/Mike Wallach_____
　　Justice Mike Wallach